# PROCEEDING MEMO

**Date: 01/25/2022 11:00 am**

**In re:**   Michael A. Hoover, Sr.
Lori Ann Hoover

Bankruptcy No. 14-22165-CMB
Chapter: 13
Doc. # 107

**Appearances:**  Owen Katz, Daniel R. White, Stephen R. Franks

**Nature of Proceeding:** #107 Continued Motion Seeking a Finding of Contempt by PNC Bank for the Violation of this Court's Order Approving Trustee's Final Account and Administratively Closing Case and the Discharge Injunction

**Additional Pleadings:** #109 Response by Chapter 13 Trustee; #111 Response by PNC Bank, N.A.; #115 Supplemental Response by PNC Bank, N.A. (all filed previously)

**Judge's Notes:**

**Outcome:**  Hearing Held.  Continued to: 03/22/2022 at 11:00 a.m. via Zoom.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
1/26/22 8:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA