Date: 03/22/2022 11:00 am

In re:  Michael A. Hoover, Sr.
        Lori Ann Hoover

                                    Bankruptcy No. 14-22165-CMB
                                    Chapter: 13
                                    Doc. # 107

Appearances: Ronda Winnecour; Daniel R. White  Stephen R. Franks

Nature of Proceeding: #107 Continued Motion Seeking a Finding of Contempt by PNC Bank for the Violation of this Court's Order Approving Trustee's Final Account and Administratively Closing Case and the Discharge Injunction

Additional Pleadings: #109 Response by Chapter 13 Trustee; #111 Response by PNC Bank, N.A.; #115 Supplemental Response by PNC Bank, N.A. (all filed previously)

Judge's Notes:

Outcome: Stipulation to be filed. Continued to 04/26/2022 at 11:00 a.m. via Zoom


                                    Carlota Böhm
                                    Chief U.S. Bankruptcy Judge

        FILED
        3/22/22 2:49 pm
        CLERK
        U.S. BANKRUPTCY
        COURT - WDPA