**PROCEEDING MEMO**

**Date: 04/26/2022 11:00 am**

In re:   Michael A. Hoover, Sr.
         Lori Ann Hoover

                                        Bankruptcy No. 14-22165-CMB
                                        Chapter: 13
                                        Doc. # 107

**Appearances: Kate DeSimone, Daniel R. White, Stephen R. Franks**

**Nature of Proceeding: #107 Continued Motion Seeking a Finding of Contempt by PNC Bank for the Violation of this Court's Order Approving Trustee's Final Account and Administratively Closing Case and the Discharge Injunction**

**Additional Pleadings:** #109 Response by Chapter 13 Trustee; #111 Response by PNC Bank, N.A.; #115 Supplemental Response by PNC Bank, N.A. (all filed previously)

**Judge's Notes:**
  -Attorney White requested 30-day continuance.
  OUTCOME: Continued to 6/28 at 11:00 am.
  -Debtor's counsel is directed to send a written proposal of settlement to Attorneys Franks on or before 5/10.

                                        Carlota Böhm
                                        Chief U.S. Bankruptcy Judge

                                                FILED
                                                4/27/22 9:25 am
                                                CLERK
                                                U.S. BANKRUPTCY
                                                COURT - WDPA